UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:03CR27 |
|---|---|---|
| vs. | ) | ORDER TO DESTROY EVIDENCE |
| JUDY DARNELL BIRD | ) | |

THIS MATTER is before the Court upon the Government's motion for destruction of evidence in the above-captioned case.

For the reasons stated in the Government's motion and for good cause shown, the Court finds that the firearm, specifically a Marlin Glenfield Model 75C .22LR rifle, S/N 22338924 w/o scope; Marlin Model 60 .22LR, S/N 23538355; and a Remington Model 66 Nylon .22LR no serial number found 22, which are now in the possession of the Federal Bureau of Investigation, should be destroyed in accordance with the usual procedure for the destruction of such evidence.

IT IS, THEREFORE, ORDERED that the Government's motion to destroy evidence is hereby GRANTED.

Signed: June 12, 2006

Lacy H. Thornburg
United States District Judge